GEORGE S. CARDONA
Acting United States Attorney
ROBB C. ADKINS
Chief, Santa Ana Branch Office
DOUGLAS F. McCORMICK (180415)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3541
    Facsimile: (714) 338-3564
    E-mail:    doug.mccormick@usdoj.gov

MARK F. MENDELSOHN, Acting Chief
HANK BOND WALTHER, Assistant Chief
ANDREW GENTIN, Trial Attorney
Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, N.W.
    Washington, DC 20005
    Telephone: (202) 353-3551
    Facsimile: (202) 514-0152
    E-mail:    andrew.gentin@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>STUART CARSON et al.,<br><br>        Defendants. | NO. SA CR 09-00077-JVS<br><br>FINDINGS AND ORDER REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIOD<br><br><u>OLD TRIAL DATE/TIME:</u><br>    December 8, 2009, 8:30 a.m.<br><br><u>NEW TRIAL DATE/TIME:</u><br>    November 2, 2010, 8:30 a.m. |

    Based on the parties' stipulation, the court hereby FINDS as follows:

    1.   Due to the nature of the prosecution, the volume of discovery, the international issues, and the number of defendants, this case is so unusual and complex that it is

unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits.

    2.   In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    3.   Based on the above-stated finding, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    4.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, _et seq._, within which trial must commence:  The time period of December 8, 2009, through November 2, 2010, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///

    5.   Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

    Therefore, the trial date is hereby CONTINUED from December 8, 2009, at 8:30 a.m., to November 2, 2010, at 8:30 a.m.

    IT IS SO ORDERED this 30th day of November, 2009.

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE