ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
DOUGLAS F. McCORMICK (180415)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3541
    Facsimile: (714) 338-3564
    E-mail:    doug.mccormick@usdoj.gov

CHARLES E. DUROSS, Acting Chief
ANDREW GENTIN, Trial Attorney
Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, N.W.
    Washington, DC 20005
    Telephone: (202) 353-3551
    Facsimile: (202) 514-0152
    E-mail:    andrew.gentin@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR 09-00077-JVS |
| Plaintiff, | DECLARATION OF COMPLIANCE WITH COURT'S JULY 7, 2010 ORDER |
| v. | |
| STUART CARSON et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its attorneys of record, the United States Department of Justice, Criminal Division, Fraud Section, and the United States Attorney for the Central District of California (collectively, "the

government"), hereby files a declaration of counsel documenting its compliance with the Court's July 7, 2010 order regarding the identification of uncharged payments.

DATED: August 11, 2010                    Respectfully submitted,

                                          ANDRÉ BIROTTE JR.
                                          United States Attorney

                                          DENNISE D. WILLETT
                                          Assistant United States Attorney
                                          Chief, Santa Ana Branch Office

                                          DOUGLAS F. McCORMICK
                                          Assistant United States Attorney

                                          CHARLES E. DUROSS, Acting Chief
                                          ANDREW GENTIN, Trial Attorney
                                          Fraud Section, Criminal Division
                                          United States Department of Justice

                                          /s/
                                          _____
                                          DOUGLAS F. McCORMICK
                                          Assistant United States Attorney

## DECLARATION OF DOUGLAS F. McCORMICK

I, Douglas F. McCormick, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney representing the government in this matter.

2.   On today's date, my co-counsel, Trial Attorney Andrew Gentin, sent a letter via e-mail to defendants' lead counsel that identified the 30 transactions not otherwise identified in the indictment to which the government will limit its transaction-related evidence at trial.   A copy of Mr. Gentin's letter is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: August 11, 2010

DOUGLAS F. McCORMICK