

**U.S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

August 11, 2010

**VIA ELECTRONIC MAIL**

Thomas Bienert
Bienert, Miller & Katzman
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

Kimberly Dunne
Sidley Austin
555 W. Fifth Street, Suite 4000
Los Angeles, CA 90013

Nicola Hanna
Gibson, Dunn & Crutcher
3161 Michelson Drive, Suite 1200
Irvine, California 92612

David Wiechert
David Wiechert Law Offices
107 Avenida Miramar, Suite A
San Clemente, CA 92672

   Re: United States v. Stuart Carson, et al.

Dear Counsel:

  In accordance with Judge Selna's ruling at the July 7, 2010, hearing, we have listed below the thirty additional transactions the Government may present at trial.

Payments Listed on the Government's Bill of Particulars Chart

  1. Payment 27
  2. Payment 72
  3. Payment 146
  4. Payment 150
  5. Payment 178

6.  Payment 205
7.  Payment 212

Transactions Described at the Following Bates Numbers

8.  AA0012 - AA0014
9.  2PC0066 - 2PC0068
10. 2DE0029 - 2DE0030
11. 2DE0135 - 2DE0136, CCI_234
12. 2RC0028 - 2RC0030
13. 2PC0097 - 2PC0112
14. CCI_2871 (LYG project)
15. VN0064 - VN0065
16. 2PC0055 - 2PC0056
17. HK0379, HK0413, 2SC0015 - 2SC0016, 2SC0032 - 2SC0034
18. AS0007 - AS0009
19. 2SC0023
20. 2SC0020 - 2SC0022
21. 2SC0125 - 2SC0126
22. 2SC0138 - 2SC0139
23. DC0027 - DC0029
24. 0000181
25. 0000138
26. NF0033
27. NF0123
28. FR0012
29. CCI_231 (Qatif project)
30. CCI_231 (Atlantic Train 5 project)

Please let us know if you have any questions regarding the transactions listed above.

Sincerely,

*A. Gentin*

Andrew Gentin
Trial Attorney, Fraud Section

2