STEPTOE & JOHNSON LLP
Patrick M. Norton (*Pro Hac Vice*)
Email:  pnorton@steptoe.com
Brian M. Heberlig (*Pro Hac Vice*)
Email:  bheberlig@steptoe.com
1330 Connecticut Avenue, NW
Washington, DC  20036
T:  (202) 429-3000
F:  (202) 429-3902

Rebecca Edelson (150464)
Email:  redelson@steptoe.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067
T:  (310) 734-3200
F:  (310) 734-3300
*Counsel for Control Components, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STUART CARSON, HONG CARSON, a/k/a "Rose Carson," PAUL COSGROVE, DAVID EDMONDS, FLAVIO RICOTTI, and HAN YONG KIM,<br><br>Defendants. | Case No.  SA CR 09-0077-JVS<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE RELATED TO DEFENDANTS' MOTION FOR RECONSIDERATION OF PORTION OF COURT'S DECEMBER 8, 2009 ORDER DENYING DEFENDANTS' JOINT MOTION TO COMPEL THE GOVERNMENT TO PRODUCE DOCUMENTS LISTED ON THIRD-PARTY CONTROL COMPONENTS, INC.'S PRIVILEGE LOG**<br><br>Assigned to: Hon. James V. Selna<br><br>Date:      September 13, 2010<br>Time:     3:00 p.m.<br>Place:     Courtroom 10C<br>              411 West Fourth Street<br>              Santa Ana, CA  92701-4516<br>[Proposed] Order Filed Concurrently Herewith |

1

Interested Party Control Components Inc. ("CCI"), Defendants Stuart Carson, Hong Carson, Paul Cosgrove, and David Edmonds ("Defendants"), and the government jointly stipulate and request, by and through their respective counsel of record, that the Court order certain changes to the briefing schedule as outlined below, to permit CCI and the government additional time to file their respective responses to Defendants' Motion For Reconsideration Of Portion Of Court's December 8, 2009 Order Denying Defendants' Joint Motion To Compel The Government To Produce Documents Listed On Third-Party Control Components, Inc.'s Privilege Log ("Motion"), in a manner that permits this matter to be heard on the originally scheduled hearing date of September 13, 2010.

1. On August 16, 2010, at approximately 5:00 p.m. (PST), Defendants filed their Motion and noticed a hearing date of September 13, 2010 at 3:00 p.m., the same date and time as a currently scheduled status conference in this matter.

2. Under the local rules, without any extension, Responses to Defendants' Motion must be filed on or before August 23, 2010, and any Reply Brief must be filed by Defendants on or before August 30, 2010.

3. CCI's counsel has scheduling conflicts the week of August 16, 2010, that make it difficult to prepare a response by the current one-week deadline. In addition, Andrew Gentin, the prosecutor with the most familiarity of these issues, is on vacation the entire week of August 16, 2010. The government would like additional time to assess whether to file a Response to the Motion, and prepare such a Response if it so chooses.

4. Due to these scheduling issues, the parties now request additional time to file Responses and any Replies, in a manner that, with the Court's permission, will permit the Motion to be heard at the currently-scheduled status conference date of September 13, 2010, at 3:00 p.m.

5. Accordingly, the parties herein stipulate and request that the briefing deadlines related to the Motion be amended as follows:

    a. Responses to Defendants' Motion must be filed on or before August 27, 2010.

    b. Defendants' Reply brief must be filed on or before September 7, 2010.

Therefore, the parties respectfully request that the Court continue the briefing deadlines related to the Motion, as set forth above and in the attached Proposed Order.

Dated: August 18, 2010                        Respectfully submitted,

CONTROL COMPONENTS, INC.

By: */s/ Brian M. Heberlig*
    Brian M. Heberlig

STUART CARSON

By: */s/ Nicola T. Hanna*
    Nicola T. Hanna

HONG CARSON

By: */s/ Kimberly A. Dunne*
    Kimberly A. Dunne

PAUL COSGROVE

By: */s/ Kenneth M. Miller*
    Kenneth M. Miller

DAVID EDMONDS

By: */s/ David W. Weichert*
    David W. Wiechert

UNITED STATES OF AMERICA

By: */s/ Doug McCormick*
    Doug McCormick