1 | Thomas H. Bienert, Jr. (SBN 135311) tbienert@bmkattorneys.com
2 | BIENERT, MILLER, & KATZMAN, PLC
  | 903 Calle Amanecer, Suite 350
  | San Clemente, California 92673
3 | Phone: 949 369-3700, Fax: 949 369-3701
  | Attorneys for Defendant, PAUL COSGROVE

4 | Nicola T. Hanna (SBN 130694) nhanna@gibsondunn.com
5 | GIBSON DUNN & CRUTCHER LLP
  | 3161 Michelson Drive, Suite 1200
6 | Irvine, California 92612
  | Phone: 949 451-3800, Fax: 949 451-4220
7 | Attorneys for Defendant, STUART CARSON

8 | Kimberly A. Dunne (SBN 142721) kdunne@sidley.com
  | SIDLEY AUSTIN LLP
9 | 555 W. Fifth Street, Suite 4000
  | Los Angeles, California 90013-1010
10 | Phone: 213 896-6000, Fax: 213 896-6600
   | Attorneys for Defendant, HONG CARSON

11 | David W. Wiechert (SBN 94607) dwiechert@aol.com
   | LAW OFFICES OF DAVID W. WIECHERT
12 | 115 Avenida Miramar
   | San Clemente, California 92672
13 | Phone: 949 361-2822, Fax: 949 496-6753
   | Attorneys for Defendant, DAVID EDMONDS
14 |

15 | Marc S. Harris (SBN 136647) mharris@scheperkim.com
   | SCHEPER KIM & HARRIS LLP
16 | 601 West 5th Street, 12th Floor
   | Los Angeles, CA 90071-2025
17 | Phone: 213-613-4655, Fax: 213-613-4656
   | Attorneys for Defendant, FLAVIO RICOTTI
18 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
2010 NOV 15 PM 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

[Caption on Page 1]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STUART CARSON, HONG CARSON, PAUL COSGROVE, DAVID EDMONDS, FLAVIO RICOTTI, and HAN YONG KIM,<br><br>Defendants. | CASE NO. SA CR-09-0077-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>Hon. James V. Selna |

GOOD CAUSE having been shown, it is hereby ordered that the Opposition to Motion of Interested Party Control Components, Inc. to Disclose to The Government All Documents Produced to Defendants submitted by Defendants Paul Cosgrove, Stuart Carson, Hong Carson, David Edmonds and Flavio Ricotti, and the Declaration of Teresa Céspedes Alarcón in support thereof, be filed Under Seal.

DATED: 11.16.10

HONORABLE JAMES V. SELNA
United States District Judge