| Attorney or Party without Attorney:<br>BRIAN M. HEBERLIG<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVENUE NW<br>WASHINGTON, DC 20036<br>Telephone No: 202-429-3000    FAX No: 202-429-3902 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: , CONTROL COMPONENTS, INC. | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California - Southern Division | | |
| Applicant: UNITED STATES OF AMERICA<br>: STUART CARSON, ET AL. | | |

| PROOF OF SERVICE<br>HAND DELIVERY | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SA CR 09-0077-JVS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the REPLY MEMORANDUM IN SUPPORT OF INTERESTED PARTY CONTROL COMPONENTS, INC.'S MOTION        Redacted        ; DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT OF CONTROL COMPONENTS, INC.'S MOTION    Redacted       ; NOTICE OF MANUAL FILING; NOTICE OF ELECTRONIC FILING; ORDER.

3. a. Party served:                JEAN NELSON, ESQ.

4. Address where the party was served:    601 WEST 5TH STREET
                                          12TH FLOOR
                                          LOS ANGELES, CA 90071

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Mon., Nov. 22, 2010 at: 2:49PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
   E. Castellano
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KYLE LUETHGE                                  d. **The Fee** for Service was:
                                                    e. I am: Not a Registered California Process Server
   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax          (213) 250-1197
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Nov. 23, 2010

                                                              (KYLE LUETHGE)
                                                              4787554  .stjo.328490

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>HAND DELIVERY | |
|---|---|---|

| *Attorney or Party without Attorney:*<br>BRIAN M. HEBERLIG<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVENUE NW<br>WASHINGTON, DC  20036<br>*Telephone No:* 202-429-3000    *FAX No:* 202-429-3902 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* , CONTROL COMPONENTS, INC. | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Central District Of California | |
| *Applicant:* UNITED STATES OF AMERICA<br>: STUART CARSON, ET AL. | |
| **PROOF OF SERVICE**<br>**HAND DELIVERY** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>SA CR 09-0077-JVS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the REPLY MEMORANDUM IN SUPPORT OF INTERESTED PARTY CONTROL COMPONENTS, INC.'S MOTION            Redacted                                     DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT OF CONTROL COMPONENTS, INC.'S MOTION    Redacted   ; NOTICE OF MANUAL FILING; NOTICE OF ELECTRONIC FILING; ORDER.

3. a. *Party served:*                                    KIMBERLY DUNNE, ESQ.

4. *Address where the party was served:*       555 WEST FIFTH STREET
   SUITE 400
   LOS ANGELES, CA  90013

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Mon., Nov. 22, 2010 at: 2:52PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
   Elizabeth Gutierrez
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KYLE  LUETHGE                                              d. *The Fee for Service was:*

      1511 West Beverly Blvd.          e.  I am: Not a Registered California Process Server
   Los Angeles, CA 90026
   Telephone    (213) 250–9111
   Fax               (213) 250–1197
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Nov. 23, 2010

   Judicial Council Form                                  PROOF OF SERVICE                       (KYLE LUETHGE)
   Rule 2.150.(a)&(b) Rev January 1, 2007                HAND DELIVERY                                          4787540   .stjo.328492

| Attorney or Party without Attorney: <br>BRIAN M. HEBERLIG <br>STEPTOE & JOHNSON LLP <br>1330 CONNECTICUT AVENUE NW <br>WASHINGTON, DC 20036 <br>Telephone No: 202-429-3000    FAX No: 202-429-3902 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: , CONTROL COMPONENTS, INC. | |
| Insert name of Court, and Judicial District and Branch Court: <br>United States District Court, Central District Of California - Southern Division | |
| Applicant: UNITED STATES OF AMERICA <br>: STUART CARSON, ET AL. | |

| PROOF OF SERVICE <br>HAND DELIVERY | Hearing Date: | Time: | Dept/Div: | Case Number: <br>SA CR 09-0077-JVS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the REPLY MEMORANDUM IN SUPPORT OF INTERESTED PARTY CONTROL COMPONENTS, INC.'S MOTION                    Redacted                              ; DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT OF CONTROL COMPONENTS, INC.'S MOTION      Redacted                                        ; NOTICE OF MANUAL FILING; NOTICE OF ELECTRONIC FILING; ORDER.

3. a. *Party served:*                NICOLA HANNA, ESQ.

4. *Address where the party was served:*    3161 MICHELSON DRIVE
   12TH FLOOR
   IRVINE, CA  92605

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Mon., Nov. 22, 2010 at: 1:56PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
   Jill Pinson
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. David Aten                                                d. *The Fee for Service was:*
   
   First Legal
   301 Civic Center Drive West                      e. I am: Not a Registered California Process Server
   Santa Ana, CA 92701
   Telephone   (714) 541-1110
   Fax         (714) 541-8182
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Nov. 23, 2010

                                                                           *(David Aten)*

| Judicial Council Form <br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br>HAND DELIVERY | (David Aten) <br>4787537 .stjo.328491 |
|---|---|---|

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| BRIAN M. HEBERLIG<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVENUE NW<br>WASHINGTON, DC 20036<br>Telephone No: 202-429-3000    FAX No: 202-429-3902 | |
| Ref. No. or File No.: | |
| Attorney for: , CONTROL COMPONENTS, INC. | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | |
| Applicant: UNITED STATES OF AMERICA<br>: STUART CARSON, ET AL. | |

| **PROOF OF SERVICE**<br>**HAND DELIVERY** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SA CR 09-0077-JVS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the REPLY MEMORANDUM IN SUPPORT OF INTERESTED PARTY CONTROL COMPONENTS, INC.'S MOTION          Redacted                              ; DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT OF CONTROL COMPONENTS, INC.'S MOTION      Redacted
NOTICE OF MANUAL FILING; NOTICE OF ELECTRONIC FILING; ORDER.

3. a. Party served:                THOMAS BIENERT, ESQ.

4. Address where the party was served:    903 CALLE AMANECER
                                          SUITE 350
                                          SAN CLEMENTE, CA 92673

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Mon., Nov. 22, 2010 at: 2:41PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
   Erika Keresztes
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**                                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Patrick Mannery                                     d. *The Fee for Service was:*

   First Legal
   301 Civic Center Drive West                            e. I am: Not a Registered California Process Server
   Santa Ana, CA 92701
   Telephone    (714) 541-1110
   Fax          (714) 541-8182
   www.firstlegalnetwork.com

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Tue, Nov. 23, 2010                                            *(signature)*

   Judicial Council Form                          PROOF OF SERVICE              (Patrick Mannery)
   Rule 2.150.(a)&(b) Rev January 1, 2007          HAND DELIVERY                            4787545  .stjo.328493

| Attorney or Party without Attorney:<br>BRIAN M. HEBERLIG<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVENUE NW<br>WASHINGTON, DC 20036<br>Telephone No: 202-429-3000   FAX No: 202-429-3902 | For Court Use Only |
|---|---|
| Attorney for: , CONTROL COMPONENTS, INC. | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Central District Of California - Southern Division |

| Applicant: UNITED STATES OF AMERICA |
|---|
| : STUART CARSON, ET AL. |

| **PROOF OF SERVICE**<br>**HAND DELIVERY** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SA CR 09-0077-JVS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the REPLY MEMORANDUM IN SUPPORT OF INTERESTED PARTY CONTROL COMPONENTS, INC.'S MOTION        Redacted        ; DECLARATION OF BRIAN M. HEBERLIG IN SUPPORT OF CONTROL COMPONENTS, INC.'S MOTION        Redacted        ; NOTICE OF MANUAL FILING; NOTICE OF ELECTRONIC FILING; ORDER.

3. a. Party served:        DAVID WEICHERT, ESQ.

4. Address where the party was served:        107 AVENIDA MIRAMAR
   SUITE A
   SAN CLEMENTE, CA 92672

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Mon., Nov. 22, 2010 at: 2:25PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
   Laura Prince
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Patrick Mannery         d. **The Fee for Service was:**
                              e. I am: Not a Registered California Process Server

   First Legal
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone   (714) 541–1110
   Fax         (714) 541–8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Nov. 23, 2010

   *(signature)*

   (Patrick Mannery)  4787549  .stjo.328495

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>HAND DELIVERY | |
|---|---|---|