```
 1  CHARLES G. LA BELLA
    Deputy Chief, Fraud Section
 2  Criminal Division
         United States Department of Justice
 3       c/o United States Attorney's Office
         880 Front Street, Rm. 6293
 4       San Diego, CA 92101
         Phone: (619) 557-6759
 5       Fax: (619) 557-5004
         email: Charles.LaBella@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
 8
                     UNITED STATES DISTRICT COURT
 9
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
                            SOUTHERN DIVISION
11
12  UNITED STATES OF AMERICA,     ) No. SA CR 09-00077-JVS
                                  )
13          Plaintiff,             ) NOTICE OF APPEARANCE OF
                                  ) CRIMINAL CASE
14              v.                 )
                                  )
15  STUART CARSON et al.,          )
                                  )
16          Defendants.            )
                                  )
17                                 )
18
          Plaintiff, United States of America, hereby advises the
19
    court that the above-captioned case has been assigned to an
20
    Assistant United States Attorney ("AUSA") as follows:
21
```

| | Name | E-mail Address |
|---|---|---|
| **Newly Assigned AUSA** | Charles La Bella | Charles.LaBella@usdoj.gov |

///

///

1  Please make all necessary changes to the court's Case Management/
2  Electronic Case Filing system to ensure that the newly assigned
3  AUSA is associated with this case and receives all e-mails
4  relating to filings in this case.
5  Dated: December 7, 2010

Respectfully submitted,

_____/s/_____
CHARLES G. LA BELLA
Deputy Chief, Fraud Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA