UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. **SACR 09-0077 JVS**     Date **December 6, 2010**

Present: The Honorable **James V. Selna**

Interpreter: Mandarin Interpreter: Judith Kieda (Deft #2)   Italian Interpreter: Nancy Gilmore (Deft #5)

| Karla J. Tunis | Sharon Seffens | Charles LaBella / Douglas McCormick |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

**Present: Brian Heberlig for CCI**

| | U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|
| 1. | Stuart Carson | X | | X | Nicola Hanna/Joshua Jessen | X | | X |
| 2. | Hong Carson | X | | X | Andrew Dunbar | X | | X |
| 3. | Paul Cosgrove | X | | X | Thomas Biernert | X | | X |
| 4. | David Edmonds | X | | X | David Weichert/Jessica Munk | X | | X |
| 5. | Flavio Ricotti | X | X | | Jean Nelson | X | | X |

Proceedings: Status Conference

CCI's Motion to Disclose to the Government All Documents Produced to Defendants (Fld 11-4-10)

     Cause called and counsel make their appearances. The Court and counsel confer. The Court the sets a further Status Conference for January 18, 2011 at 8:00 a.m.

     The Court seals the hearing regarding CCI's motion and excuses the government counsel from the hearing. The Court's tentative ruling is issued. Counsel make their arguments. The Court continues the hearing on the above referenced motion to January 18, 2011 at 8 a.m.

| | | |
|---|---|---|
| stat conf | : | 22 |
| motion | | 58 |

Initials of Deputy Clerk  kjt