# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **SACR 09-0077 JVS** | Date August 5, 2011 |

Present: The Honorable **James V. Selna**

Interpreter  Not Needed

| Nancy Boehme | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **1. Stuart Carson** | Not | | X | **Nicola T. Hanna / Joshua Jessen** | Not | | X |
| **2. Hong Carson** | Not | | X | **Kimberly Dunne / Andrew Dunbar** | Not | | X |
| **3. Paul Cosgrove** | Not | | X | **Kenneth Miller** | Not | | X |
| **4. David Edmonds** | Not | | X | **David W. Weichert / Jessica Munk** | Not | | X |

**Proceedings:**   (In Chambers) Minute Order re Jury Instructions

   The Court will not be in a position to take up on August 12, 2011 the preliminary jury instructions concerning "Instrumentality" and other terms. On that date, the Court will discuss setting a new date.

   The parties are requested to e-mail the Court Room Deputy WordPerfect versions of the text of their proposed instructions.

                                                                                                    :  00

                                                              Initials of Deputy Clerk   nkb

cc: