ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
DOUGLAS F. McCORMICK (180415)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3541
    Facsimile: (714) 338-3523
    E-mail:    doug.mccormick@usdoj.gov

KATHLEEN McGOVERN, Acting Chief
CHARLES G. LA BELLA, Deputy Chief
JEFFREY A. GOLDBERG, Senior Trial Attorney
ANDREW GENTIN, Trial Attorney
Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, N.W.
    Washington, DC 20005
    Telephone: (202) 353-3551
    Facsimile: (202) 514-0152
    E-mail:    andrew.gentin@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SA CR 09-00077-JVS |
| Plaintiff, | DECLARATION OF GOVERNMENT COUNSEL IN COMPLIANCE WITH THE COURT'S OCTOBER 21, 2010 ORDER |
| v. | |
| STUART CARSON, et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its attorneys of record, the United States Department of Justice, Criminal Division, Fraud Section, and the United States Attorney for the Central District of California (collectively, "the Government"), hereby files a declaration of counsel in compliance

with the Court's October 21, 2010 Order.

DATED: October 21, 2011

                              Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
DOUGLAS F. McCORMICK
Assistant United States Attorney
Deputy Chief, Santa Ana Office

KATHLEEN McGOVERN, Acting Chief
CHARLES G. LA BELLA, Deputy Chief
JEFFREY A. GOLDBERG, Sr. Trial Attorney
ANDREW GENTIN, Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice

/s/
_____
DOUGLAS F. McCORMICK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

<u>DECLARATION OF ANDREW GENTIN</u>

I, Andrew Gentin, declare as follows:

1. I am a Trial Attorney in the Fraud Section, Criminal Division, U.S. Department of Justice. I am an attorney representing the Government in this matter.

2. In its October 21, 2010 Order re Motion for Reconsideration, the Court indicated that the Government had an on-going obligation to make prompt production to defendants of any third-party disclosures of the Steptoe payments chart, and to file a declaration advising the Court of any such production.

3. To that end, the Government determined this week that five additional pages of the chart (namely, pages 115, 155, and 231-33) should be produced to the defendants as a result of prior disclosures to counsel for two individuals. Specifically, on February 20, 2009, I e-mailed pages 115, 137, 155, and 230-33, together with supporting documents, to counsel for Han Yong Kim (Patrick O'Donnell/Steven Fredley). On March 6 and 25, 2009, respectively, I e-mailed pages 221 and 115, together with supporting documents, to counsel for Mario Covino (Janet Levine/John Crouchley). The Government produced pages 137, 221, and 230 to the defendants in October 2010 as part of its original production.

4. Before the Government's earlier representations to the Court concerning which pages of the chart had been disclosed to third parties, I reviewed the FBI 302 reports and searched my files and e-mails to identify all such disclosures. During that process, however, I overlooked the three e-mails described above because of issues related to the manner in which the Government's

1

1  computer system displays archived e-mails.
2      5.   The Government will be producing the five pages of the
3  chart to the defendants today.
4      I declare under penalty of perjury that the foregoing is
5  true and correct to the best of my knowledge and belief.

7  DATED:   October 21, 2011           _____
                                        ANDREW GENTIN