1  Thomas H. Bienert, Jr. (State Bar No. 135311) tbienert@bmkattorneys.com
2  BIENERT, MILLER & KATZMAN, PLC
   903 Calle Amanecer, Suite 350
3  San Clemente, California 92673
   Tel: 949 369-3700/Fax: 949 369-3701
4  Attorneys for Defendant, PAUL COSGROVE

5  Nicola T. Hanna (State Bar No. 130694) nhanna@gibsondunn.com
6  GIBSON DUNN & CRUTCHER LLP
   3161 Michelson Drive, Suite 1200
7  Irvine, CA 92612
   Tel: 949 451-3800/Fax: 949 451-4220
8  Attorneys for Defendant, STUART CARSON

9  Kimberly A. Dunne (State Bar No. 142721) kdunne@sidley.com
10 SIDLEY AUSTIN LLP
   555 W. Fifth Street, Suite 4000
11 Los Angeles, CA 90013-1010
   Tel: 213 896-6000/Fax: 213 896-6600
12 Attorneys for Defendant, HONG CARSON

13 David W. Wiechert (State Bar No. 94607) dwiechert@aol.com
14 LAW OFFICES OF DAVID W. WIECHERT
   115 Avenida Miramar
15 San Clemente, CA 92672
   Tel: 949 361-2822/Fax: 949 496-6753
16 Attorneys for Defendant, DAVID EDMONDS

17                    UNITED STATES DISTRICT COURT

18       CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

19 | UNITED STATES OF AMERICA, | Case No. SA CR-09-0077-JVS |
20 | | |
   | Plaintiff, | **DEFENDANTS' STATEMENT OF NON** |
21 | | **-OPPOSITION TO GOVERNMENT'S** |
   | v. | **MOTION FOR AN ORDER** |
22 | | **PERMITTING THE TAKING OF RULE** |
   | | **15 DEPOSITIONS (L.R. 7-9(b))** |
23 | STUART CARSON, HONG CARSON, | |
24 | a/k/a "Rose Carson," PAUL COSGROVE, | |
   | DAVID EDMONDS, FLAVIO RICOTTI, | Hearing |
25 | and HAN YONG KIM, | Date:  March 19, 2012 |
26 | | Time:  9:00 A.M. |
   | Defendants. | Courtroom:  10C |
27 | | Trial Date:  June 5, 2012 |
28 | | The Honorable James V. Selna |

1    Pursuant to Local Rule 7-9(b), Defendants Stuart Carson, Hong "Rose" Carson,

2    Paul Cosgrove, and David Edmonds (collectively "Defendants") file this statement of

3    non-opposition to the government's Motion for an Order Permitting the Taking of Rule 15

4    Depositions (Doc. 550 filed 2/17/12).

5

6    Dated:  February 27, 2012          BIENERT, MILLER & KATZMAN, PLC

7                                       By:  *S/ Thomas H. Bienert, Jr.*

8                                            Thomas H. Bienert, Jr.

9                                            Attorneys for Defendant
                                             PAUL COSGROVE

10

11   Dated:  February 27, 2012          GIBSON DUNN & CRUTCHER LLP

12                                       By:  *S/ Nicola T. Hanna*

13                                            Nicola T. Hanna
                                             Attorneys for Defendant

14                                            STUART CARSON

15   Dated:  February 27, 2012          SIDLEY AUSTIN LLP

16

17                                       By:  *S/ Kimberly A. Dunne*

18                                            Kimberly A. Dunne
                                             Attorneys for Defendant

19                                            HONG CARSON

20   Dated:  February 27, 2012          LAW OFFICES OF DAVID W. WIECHERT

21

22                                       By:  *S/ David W. Wiechert*

23                                            David W. Wiechert
                                             Attorneys for Defendant

24                                            DAVID EDMONDS

25

26

27

28

DEFENDANTS' STATEMENT OF NON -OPPOSITION

# CERTIFICATE OF SERVICE

I, Coleen Grogan, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: DEFENDANTS' STATEMENT OF NON -OPPOSITION TO GOVERNMENT'S MOTION FOR AN ORDER PERMITTING THE TAKING OF RULE 15 DEPOSITIONS (L.R. 7-9(B)) on the interested parties as follows:

**X_ BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

AUSA Douglas F. McCormick
USACAC.SACriminal@usdoj.gov
doug.mccormick@usdoj.gov
AUSA Hank Bond Walther
hank.walther@usdoj.gov
AUSA Andrew Gentin
andrew.gentin@usdoj.gov
nathaniel.edmonds@usdoj.gov
charles.labella@usdoj.gov
Jeffrey Goldberg
jeffrey.goldberg@usdoj.govldberg
*via electronic mail*

David W. Wiechert.
dwiechert@aol.com
*via electronic mail*

Kimberly A. Dunne
kdunne@sidley.com
Andrew Dunbar
adunbar@sidley.com
Alexis Miller
alexis.miller@sidley.com
*via electronic mail*

Jean M. Nelson
jnelson@scheperkim.com
Marc S. Harris
mharris@sheperkim.com
*via electronic mail*

Joshua A Jessen
jjessen@gibsondunn.com
Nicola T Hanna
nhanna@gibsondunn.com
David Burns
dburns@gibsondunn.com
*via electronic mail*

Steven A. Fredley
sfredley@wiltshiregrannis.com
Patrick P O'Donnell
podonnell@wiltshiregrannis.com
*via electronic mail*

DEFENDANTS' STATEMENT OF NON -OPPOSITION

This certificate was executed on February 27, 2012, at San Clemente, California. I certify under penalty of perjury that the foregoing is true and correct.

*S/Coleen Grogan*
Coleen Grogan

DEFENDANTS' STATEMENT OF NON -OPPOSITION