LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert (Cal Bar No. 94607)
Jessica C. Munk (Cal Bar No. 238832)
115 Avenida Miramar
San Clemente, CA 92672
Telephone: (949) 361-2822 / Fax: (949) 496-6753
Attorneys for David Edmonds

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR-09-00077-JVS |
| v. | |
| STUART CARSON, et al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Defendants' Ex Parte application, [Proposed] Order, and Declaration of Jessica C. Munk and attached Exhibit A

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Defendants' Ex Parte application, [Proposed] Order, and Declaration of Jessica C. Munk and attached Exhibit A

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Contains Confidential Information

| March 13, 2012 | David W. Wiechert |
|---|---|
| Date | Attorney Name |
| | David Edmonds |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)　　　　　　　　　　　　**NOTICE OF MANUAL FILING**

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Danielle Dragotta, am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 115 Avenida Miramar, San Clemente, CA 92672.

On March 13, 2011, I served the foregoing document described as **NOTICE OF MANUAL FILING** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

[ ]  **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ x ]  **BY E-MAIL** I caused a courtesy copy to be transmitted by email to the email address of the offices of the addressee(s) as indicated on the attached service list.

[ ]  **BY PERSONAL SERVICE:** I caused such envelope to be hand-delivered to the offices of the addressee(s) as indicated on the attached service list.

[ x ]  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 13, 2011 at San Clemente, California.

*Danielle Dragotta*
Danielle Dragotta

1