UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.   SACR 09-00077 JVS                                    Date   March 26, 2012

Present: The Honorable   James V. Selna

Interpreter   Mandarin: Yao Sue

| Karla J. Tunis | Sharon Seffens | Charles LaBella / Douglas McCormick<br>Greg Staples |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Stuart Carson | | X | X | Nicola T. Hanna / Joshua Jessen | X | | X |
| 2. Hong Carson | | X | X | Andrew Dunbar | X | | X |
| 3. Paul Cosgrove | | X | X | Tom Bienert/Teresa Alarcon<br>Ariana Hawbecker | X | | X |
| 4. David Edmonds | | X | X | David Weichert/Jessica Munk | X | | X |

Proceedings:   Defendants' Motion for Reconsideration of Court's December 8, 2009 Order Denying defendants' Motion to Compel Discovery (Fld 2-21-12)

    Cause called and counsel make their appearances.  The Court's tentative ruling is issued. Counsel make their arguments.  The Court GRANTS the motion for reconsideration and holds a ruling on the motion to compel discovery in abeyance pending the hearing on the defendants' motion to suppress.

                                                                                            :   30
                                                        Initials of Deputy Clerk   kjt